PROB 22 (Rev. 1/24)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER (Tran. Court):** 22CR00510-001-GPC

**DOCKET NUMBER (Rec. Court):** 2:25-cr-00168-GMN-MDC-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Carissa Nichole Alvarez<br>District of Nevada | Southern California | San Diego |

FILED ✓  JUNE 09 2025  CLERK, U.S. DISTRICT COURT  DISTRICT OF NEVADA  BY: AMMi DEPUTY

**NAME OF SENTENCING JUDGE:** Gonzalo P. Curiel, U.S. District Judge

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 12/05/2023 | 12/04/2026 |

**OFFENSE**
21 U.S.C. §§ 952 and 960, Importation of Fentanyl, a Class C felony
21 U.S.C. §§ 952 and 960, Importation of Cocaine, a Class C felony

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Ms. Alvarez has no significant ties to the Southern District of California and expects to remain in the District of Nevada for the remainder of supervised release. The probation office in the District of Nevada has requested a transfer of jurisdiction to allow any future concerns be addressed efficiently by the district wherein the offender is supervised.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/5/25
Date

Gonzalo P. Curiel
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

June 12, 2025
Effective Date

United States District Judge

bmc

UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Carissa Nichole Alvarez
Case No.:  TO BE ASSIGNED

### REQUESTING ACCEPTANCE OF JURISDICTION

June 9, 2025

TO:   United States District Judge

On May 8, 2023, Carissa Nichole Alvarez was sentenced by the Honorable Gonzalo P. Curiel in the Southern District of California to a term of six (6) months custody followed by three (3) years of supervised release for committing the offenses of Importation of Fentanyl and Importation of Cocaine. On December 5, 2023, Alvarez commenced her supervised release term in the District of Nevada.

Alvarez has no intention of returning to the Southern District of California. As such, the Probation Office recommends that the Court accept jurisdiction of the case. As noted by his signature on the attached Transfer of Jurisdiction form (Prob 22), U.S. District Court Judge Gonzalo P. Curiel has agreed to relinquish jurisdiction. Should the Court agree with this request, the Transfer of Jurisdiction form is attached for your Honor's signature.

If you should have any questions, please contact the undersigned officer at (702) 527-7266.

Respectfully submitted,

Digitally signed by Briana Casey
Date: 2025.06.09 15:47:18 -07'00'

Briana Casey
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2025.06.09 14:26:51 -07'00'

Joy Gabonia
Supervisory United States Probation Officer